248 F.3d 899 (9th Cir. 2001)
 UNITED STATES OF AMERICA, Plaintiff-Appellee,
v.
ONE 1997 TOYOTA LAND CRUISER, California License No. 3WMX630, VIN JT3HJ85J9Vo178775, its tools and appurtenances, Defendant, and MARTHA IRENE FEREYDOUNI, Claimant-Appellant.
 No. 99-55661
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Argued and Submitted December 5, 2000
April 26, 2001, Filed
 
 1
 NOTE: SEE AMENDED OPINION OF JUNE 21, 2001.